**Order filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00324-CV

_____

**CHRIS THYGESEN AND BRUCE W. DERRICK, DERIVATELY ON BEHALF OF CLEARMEDIAONE, INC., AND ITS SHAREHOLDERS, Appellants**

**V.**

**ROBERT F. STRANGE, JR., ROBERT J. VIGUET JR., AND THOMPSON & KNIGHT, L.L.P., Appellees**

---

**On Appeal from the 157th Court
Harris County, Texas
Trial Court Cause No. 2008-35835**

---

# O R D E R

On May 6, 2010, this court abated this appeal because appellee, Robert F. Strange, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-37417-H1-11.  *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on December 14, 2011.  The parties failed to advise this court of the bankruptcy court action.

Unless within **20 days of the date of this order**, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM